IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| POTOMAC RIDGE CONSULTING, LLC,              )<br>                                                                    )<br>              *Plaintiff*,                                       )<br>       v.                                                          )     Action No. 1:23-cv-1381 (PTG/JFA)<br>                                                                    )<br>GRAY ENTERPRISES PLUS, *et al.*,          )<br>                                                                    )<br>              *Defendants*.                                 )  | |

## ORDER

This matter comes before the Court on the January 12, 2024 Proposed Findings of Fact and Recommendations ("R&R") from Magistrate Judge John F. Anderson regarding Plaintiff's Motion for Default Judgment against Defendants Gray Enterprises Plus and Denise C. Gray, pursuant to Federal Rule of Civil Procedure 55(b)(2) (Dkt. 11). Dkt. 15. Judge Anderson advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 12. To date, no objections have been filed.

After reviewing the record and Judge Anderson's Recommendations, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Anderson set forth in the R&R (Dkt. 15). Accordingly, it is

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; and it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendants in the total amount of $918,472.63 ($900,000.00 in monetary damages and $18,472.63 in attorneys' fees and costs), with post-judgment interest pursuant to 28 U.S.C. § 1961(a).

The Clerk of Court is directed to enter judgment in favor of Plaintiff as set forth above, pursuant to Federal Rule of Civil Procedure 55.

It is **SO ORDERED.**

Entered this 16th day of February, 2024.
Alexandria, Virginia

*Patricia Tolliver Giles*
Patricia Tolliver Giles
United States District Judge